**Order entered March 22, 2013**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00361-CV

### IN RE: MARY E. NIELSEN, Relator

**On Appeal from the County Court at Law No. 6**
**Collin County, Texas**
**Trial Court Cause No. 401-00073-2013**

## ORDER

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus. We **ORDER** that relator bear the costs of this original proceeding.

/s/      MICHAEL J. O'NEILL
JUSTICE